**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

---------------------------------------------------------------------x

HIRAM and RUTH STURM, as Joint Tenants, on their own behalf, on behalf of all others similarly situated and derivatively on behalf of the Nominal Defendant,

Plaintiffs,

v.

MARRIOTT MARQUIS CORP., HOST MARRIOTT CORPORATION, BRUCE F. STEMERMAN, ROBERT E. PARSONS and CHRISTOPHER G. TOWNSEND,

Defendants,

-and-

ATLANTA MARRIOTT MARQUIS LIMITED PARTNERSHIP,

Nominal Defendant.

---------------------------------------------------------------------x

97 cv 3706

**APPROVED ORDER FOR CY PRES DISTRIBUTION**

**WHEREAS**, the above-captioned class action (the "Action") was settled pursuant to the terms and conditions of the Stipulation of Settlement granted final approval by this court on August 10, 2000 (the "Judgment Order");

**WHEREAS**, distribution of the settlement fund was has carried out pursuant to the terms of the Judgment Order;

**WHEREAS**, there remains approximately $38,000 in the settlement account, which results from 8 uncashed or undeliverable checks;

**WHEREAS**, the Atlanta Legal Aid Society is a worthy non-profit organization:

**THE COURT HEREBY ORDERS, FINDS, CONCLUDES, ADJUDGES, AND DECREES AS FOLLOWS:**

1. Plaintiffs' Counsel is directed to distribute, from the Net Settlement Fund, as a *cy pres* award to the Atlanta Legal Aid Society, all amounts remaining in the net settlement fund.

**Dated:** January 18, 2012

Thomas W. Thrash
THE HONORABLE THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE